IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FERGUSON, | No. C 09-0020 WHA (PR) |
|     Petitioner, | **ORDER DENYING REQUEST FOR "AUTHORIZATION FORM"** |
| vs. | |
| BEN CURRY, Warden, | |
|     Respondent. | |

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254. On September 30, 2010, the petition was denied on its merits. A certificate of appealability was denied in the same order. The case is currently before the United States Court of Appeals for the Ninth Circuit. Petitioner has filed a request for an "authorization form" to allow prison officials to deduct payments against his appellate filing fee from his prison trust account. There is no such "authorization form," and in any event petitioner does not need one. The court has already received his first partial payment of $70. He can continue to make payments against the filing fee in this fashion by requesting prison officials to send payments from his trust account to the court.

**IT IS SO ORDERED.**

Dated: December   10  , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\FERGUSON0020.MOT.wpd